AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MEILING CAO <br><br> *Plaintiff(s)* <br> v. <br> Kirstjen Nielsen, Secretary, U.S. Department of Homeland Security, Lee Francis Cissna, Director, U.S. Citizenship and Immigration Services, Donald Neufeld, Director, U.S. Citizenship and Immigration Services Texas Service Center <br> *Defendant(s)* | Civil Action No. 18-cv-3013  NGG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kirstjen Nielsen, Secretary
U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528

Lee Francis Cissna, Director
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW
Washington, D.C. 20529

Donald Neufeld, Director
U.S. Citizenship and Immigration Services
Texas Service Center
USCIS TSC
P.O. Box 851488
Mesquite, TX 75185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Corey T. Lee
C.T. Lee & Associates
225 Broadway, Suite 3005
New York, NY 10007
(212) 566-5509

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date: 5/23/2018

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*